George G. Zamory, Appellant, v. Joseph Levy and Aaron Marcus, Respondents.— Judgment affirmed, with costs. No opinion. (McLaughlin and Houghton, JJ., dissenting.)

The People of the State of New York v. Simon M. Roth.— Motion granted.

George D. Dewsnap v. Moses Matthews and Others.— Motion denied, with ten dollars costs.

Lillie Beardsworth v. Ida Harnden, Impleaded.— Motion granted, with ten dollars costs.